Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
_Southern_ District of _Iowa_
_Central_ Division

Michael Cassin Burt

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The State of Iowa
Judges, Prosecutors, Lawyer

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No: N/A
*(to be filled in by the Clerk's Office)*

RECEIVED
MAR 06 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Cassin Burt
All other names by which you have been known:
ID Number: #893211
Current Institution: Denver Sheriff Dept. 3F-102
Address: P.O. Box 1108
Denver, CO 80201
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: State of Iowa
Job or Title *(if known)*: N/A
Shield Number: N/A
Employer: United States District Court
Address: U.S. Courthouse P.O. Box 9344
Des Moines, Iowa 50306-9344
City / State / Zip Code
[X] Individual capacity [X] Official capacity

Defendant No. 2
Name: Judge on original Complaint
Job or Title *(if known)*: Judge
Shield Number: N/A
Employer: United States District Court
Address: U.S. Courthouse P.O. Box 9344
Des Moines, Iowa 50306-9344
City / State / Zip Code
[X] Individual capacity [X] Official capacity

Defendant No. 3
- Name: Prosecuter (NAM)
- Job or Title (if known): Prosecuter Original D.A.
- Shield Number: N/A
- Employer: United States District Court
- Address: U.S. Courthouse P.O. Box 9344
- City: Des Moines State: Iowa Zip Code: 50306-9344

[X] Individual capacity [X] Official capacity

Defendant No. 4
- Name: All Lawyers Involved
- Job or Title (if known): Defense Attor.
- Shield Number: Bryan Tingle, Defense Attorney
- Employer: United States District Court
- Address: U.S. Courthouse P.O. Box 9344
- City: Des Moines State: Iowa Zip Code: 50306-9344

[X] Individual capacity [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

*Deprivation of Rights*
*Deliberant Indifferent*

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I was lied to by my attorney, prosecuter, and judge, when I brought it to the attention of my attorney, and told the judge by letters, my due process was violated by there own admittance, after 6 months of wrongfull incarceration, I do not have to register, I was falsely arrested over and over, and put on probation, the judge in courtroom 204 Southern District of Iowa Central Division has letters on file proving I made them aware of this.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They, meaning the Judge, Prosecutor, lawyer all new this was against my rights and by Iowa laws. They finally said they did it because Missouri, I do not have any more ties with Missouri, I have know Probation with there state. ((See attached pages))

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner  In Iowa

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* I'm awaiting to be extradited to Iowa

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
(See additional pages)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. My suit is primarily against the ongoing ruling of the court, and of the constant false charges brought against me even after I proved I could not be charged with not registering, I was still charged and sentenced to a probation, I should not of been on, I made the judge, prosecutor, and my lawyer aware that computer was wrong, I knew my victim and she was 26 years old, not under age, I have never been charged or convicted of a crime against a minor, this can be proved by the records in Lansing Mich, Ingham County, In 1977, also in Westphalia County, Chelsea Mich, 1980

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. This all happened at Polk County Jail, and Polk County Des Moines Iowa, I was arrested in Oct of 2017 tricked into taking probation, they kept arresting me for the same thing, this crime happened in 1977 and 1980 one 41 years ago the other 30 years ago. The judge Heather I. Courthown did not prosecute me, both finally admitted by Iowa laws did not have to register, my public defender who used to be feed prosecutor, in Madison county but was fired publicly for much use, told me I had to register because of Missouri, my county but was fired publicly for much use, told me I had to register because of Missouri, Missouri has know jurisdiction over me, I maxed out, completed out of my sentence, I have never committed any sex crime in Missouri. I'm not on parole or probation there.

Complaint For Violation of Civil Rights,
(Prisoner Complaint) "Add Page"

Thurs 2/28/19
pg 1 of 2

IV. Statement of Claim

A. State of Iowa

My claim is against all parties involved. The Penal Action includes Judges, Prosecuters, Lawyers. I made the courts aware of wrongfull conviction by telling Byron Tingle my Court App Attorney how records were wrong. I have never been charged with any crimes against minors, I have know convictions of that nature either, there for I do not have to register as Sex Offender for Life, the crimes they said I had to reg for were committed in 1977 Dec in Lansing, Mich. Ingram Co and Washtenaw Co Chelsea, Mich. In 1980, both victims where way over 21, and I knew both of them. ~~scratched out~~ "Sorry no cense"

I also informed the Judge by 3 notarized letters she said she did recive them, they are on file in Court Room 204 downtown Des-Moines Iowa, her First Name is Heather. Upon my last court date in late Oct or early Nov. of 2018 the Judge, Prosecuter, and my laynee Byron Tingle did addmitt that by Iowa statutes I didn't have to reg, but that because Missouri said I had to, I informed the court at that time that I never committed any sex crime in Missouri and that they know longer had any juradiction over me, I was not on parole or probation from there I maxed out my sentence from there. They have know more say so about me at all.

I was made to reg once a week because I was homeless, I was homeless because of fake records and convictions they said I had 1000 foot law, I also brought to those inattention where we reg, they gave me keep to follow, I still have home since. All of this can be verified by original records from 1977 Lansing State Library microfilm archives for Lansing State Journal newspaper Dec 1977, Dorchester Annex offices, Ingram County, Other can be proved from

Washtenaw County Chelsea Mich Court Records, or County Pop Jail Records.

I Michael Cosis Beck do attest all above claims to the best of my knowledge Is true.

Summitted this day Feb. 28 this year 2019.

Respectfully

Michael Beck #893211
3M-104

C. What date and approximate time did the events giving rise to your claim(s) occur?

In Oct of 2017 I was arrested on charges that alleged I did not

Wrongfull conviction, wrongfull Imprisonment

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was falsly Imprisoned on and off for about 7 months, I suffered 3 Angina, I was rushed to Mercy hospital from the Jail, spent 3 days. I was forced to live In a tent In the winter by the river, because the shelters would not take me. I suffered chapter 7 determination, severe depression. I was wrongfully charged because of computer mix up. All of this was witnessed by Mary who works for mental health at Polk County Jail. I Also brought this to the attention of my Judge In Room 204, She has letters on file concerning this, I Also brought this to the attention of my lawyer Byron Tingle, Public Defender. I was wrongfully convicted, And put on probation.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I suffered mild heart attacks as a direct result of this, I had already had heart problems, I had 2 stints placed In my heart In 2016, In 2011 I had bilateral strokes.
As A result of the extra stress from this, I was rushed to Mercy Hospital In Des Moine Iowa, treated for Angina And admitted for heart related tests. I Also suffered great mental anguish from this I have been labeled a child molester even though the records clearly show I have never been charged or convicted of any such crime, I was attacked by strangers with bats, forced to live down by river In tent, In the winter because shelters would not take because courts said I had 1000 foot law. I sought treatment by mental health at Polk county jail, Mercy Emerg diagnosed me with severe depression.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want the court to suppress false records about age of victims, set All records straight. I seek relief for direct result physical and mental damages that are not reversable, and continue to get worse.
I Also seek money for all court fines, reimbursement for bond made In amount of $1,900. dollars 5 months of False Imprisonment, wrongfull conviction.
I seek relief In the Amount of Controversy" of 2.5 million At bare min.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*I was changed while at Polk County Jail, Des Moines Iowa*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F.     If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*I was told the grievance procedure was for the jail problems only*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*See attached information*

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s)  N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.  N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) *Michael Cassin Buet*

   Defendant(s) *Unknown Nurse, Insurance Company, Medical Insurance, And Custody*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *Polk County, Des Moines Iowa*

3. Docket or index number

   *Docket #2 Case Number # 4:19-cv-00040-SMR-CFB*

4. Name of Judge assigned to your case

   *Not Assigned Yet*

5. Approximate date of filing lawsuit

   *2/4/2019*

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition  *N/A*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *N/A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/28/19

Signature of Plaintiff: *Michael C Buist*
Printed Name of Plaintiff: Michael Cassin Buist
Prison Identification #: 893211
Prison Address: Denver Sheriff Department P.O. Box 1108
Denver, CO 80201
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A

Michael R Rivet-893214
3M-104
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

DENVER
CO 802
01 MAR '19
PM 2 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 80204  $ 000.50⁰
02 4W
0000345735 MAR 01 2019

Clerk, United States District Court

U.S. Courthouse P.O. Box 9344

Des Moines, Iowa 50306-9344

X-RAYED & CLEARED BY U.S.M.S.

RECEIVED
MAR 06 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**Legal Mail**